UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

5417 BAY ROAD HOLDINGS, LLC,

      Plaintiff,                             Case No. 11-12347
                                                  Hon. Thomas L. Ludington

v.

LANDMARK PLAZA ASSOCIATES
LIMITED PARTNERSHIP,

      Defendant,

and

MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL,

      Intervening Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT**

On June 8, 2012, Plaintiff filed a motion for leave to file an omnibus reply brief in

support of its motion for summary judgment declaring Act 67 inapplicable or unconstitutional in

excess of the page limit provided by Local Rule 7.1.  ECF No. 106.  Plaintiff observes that

collectively Defendant and Intervening Defendant have filed fifty-seven pages in response to

Plaintiff's motion for summary judgment.  Plaintiff requests leave to file an eighteen page reply

brief.  The request is reasonable.

Accordingly, it is **ORDERED** that Plaintiff's motion for leave to file an omnibus reply brief in excess of the page limit provided by Local Rule 7.1 (ECF No. 106) is **GRANTED**. Plaintiff's reply brief (ECF Nos. 104–105) is accepted as filed.

Dated: June 13, 2012

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 13, 2012.

Tracy A. Jacobs
TRACY A. JACOBS